# IN THE SUPREME COURT OF THE STATE OF NEVADA

LINDSEY LICARI, AN INDIVIDUAL,
Appellant,
vs.
NIKKI SIKALIS BOTT, AN
INDIVIDUAL; AND NATIONAL TITLE
CO., A NEVADA CORPORATION,
Respondents.

No. 82155

FILED

MAY 21 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from an order denying appellant's motion for relief pursuant to NRCP 60(b). Eighth Judicial District Court, Clark County; Elizabeth Goff Gonzalez, Judge.

On December 8, 2020, this court issued a notice that provided, in part, that appellant's opening brief or informal brief was due to be filed on or before April 7, 2021. When appellant failed to file a brief, this court issued an order on April 27, 2021, directing appellant to file her opening brief or informal brief by May 4, 2021. This order cautioned appellant that failure to file the brief as directed could result in the dismissal of this appeal as abandoned.[1] To date appellant has not filed the opening brief or

---

[1]A copy of the order is attached.

21- 14648

otherwise communicated with this court; accordingly, it appears that appellant has abandoned this appeal, and this court

ORDERS this appeal DISMISSED.

_____ J.
Parraguirre

_____ , J.
Stiglich

_____ , J.
Silver

cc:     Hon. Elizabeth Goff Gonzalez, District Judge
        Lindsey Licari
        Lipson Neilson P.C.
        Eighth District Court Clerk

# IN THE SUPREME COURT OF THE STATE OF NEVADA

LINDSEY LICARI, AN INDIVIDUAL,
Appellant,

vs.

NIKKI SIKALIS BOTT, AN
INDIVIDUAL; AND NATIONAL TITLE
CO., A NEVADA CORPORATION,
Respondents.

No. 82155

FILED

APR 27 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER TO FILE DOCUMENT

On December 8, 2020, this court issued a notice setting forth the deadlines for the filing of documents and briefs for this pro se appeal. Pursuant to that notice, the opening brief was due to be filed by April 7, 2021. To date, appellant has failed to file this document. Appellant shall have 7 days from the date of this order to file and serve an opening brief that complies with NRAP 28 and NRAP 32, or the informal brief form for pro se parties provided by this court. Failure to comply timely with this order may result in the dismissal of this appeal as abandoned. *See* NRAP 31(d).

It is so ORDERED.

_____, C.J.

cc:     Lindsey Licari
        Lipson Neilson P.C.

21-12029